### 75174. MURRAY v. ROZIER.
(367 SE2d 886)

CARLEY, Judge.

Appellant-defendant has filed this direct appeal from the grant of appellee-plaintiff's motion for new trial. The *grant* of a motion for new trial is not a final order from which a direct appeal may be taken. See *Cotton States Mut. Ins. Co. v. Bishop*, 170 Ga. App. 9 (316 SE2d 167) (1984); *Days Inn of America v. Sharkey*, 178 Ga. App. 718 (344 SE2d 518) (1986). Since appellant did not comply with the interlocutory appeal provisions of OCGA § 5-6-34 (b), this appeal must be dismissed for lack of jurisdiction.

*Appeal dismissed. Banke, P. J., and Benham, J., concur.*

DECIDED MARCH 3, 1988.

*Francis Houston, Phillip N. Golub*, for appellant.

*Ronald B. Thomas, W. Vincent Settle III*, for appellee.